

# CHRIS DANIEL

01-15-00548-CR

### HARRIS COUNTY DISTRICT CLERK

June 10, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/18/2015 8:24:31 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE DAVID MENDOZA
178TH DISTRICT COURT
HARRIS COUNTY

Defendant's Name: WILLIE CLARKE

Cause No: 1457279

Court: 178TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 6-2-15
**Sentence Imposed Date:** 5-28-15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record: TO BE DETERMINED**

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

**38**

1465671, 1457279, 1453864

STATE OF TEXAS      X      IN THE _178th_ COURT

              X        998-SJC

V               X

_Willie Clarke_      X      OF

DEFENDANT      X      _Harris_ COUNTY,

              X      TEXAS

## NOTICE OF APPEAL - GUILTY PLEA

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _Willie Clarke_ defendant in the above entitled and numbered cause, and within _30_ (30) or 90] days of _Sentencing_ [state action that triggered beginning of time period, e. g., sentencing], files this notice of appeal from his/her plea of _Guilty_ [guilty or nolo contendere] in Cause No. _1465671, 1457279, 1453864_

Defendant acknowledges that the plea in the above entitled and numbered cause was entered pursuant of the provisions of Article 1.15 of the Code of Criminal Procedure, and that the punishment assessed does not exceed that recommended by the prosecutor and agreed to by the defendant and his/her attorney, but further shows the court that _I was forced to sign guilty, not in my right mind_ [state reason that nonjurisdictional defects may be raised on appeal e.g., that matters being raised in the appeal of this conviction were all raised by written pretrial motion and ruled upon prior to trial]. Thus, defendant tenders this notice as evidence of his/her desire to appeal the conviction in Cause No. _1465671, 1457279, 1453864_ _was given permission to appeal_

Respectfully submitted

_Willie Clarke_

Defendant

"I, _WILLIE CLARKE, SPN#02475688_ (INSERT NAME AND INMATE IDENTIFYING NUMBER FROM TEXAS _HARRIS COUNTY JAIL_ DEPARTMENT OF CORRECTIONS OR COUNTY JAIL), being presently incarcerated in (INSERT TEXAS DEPARTMENT OF CORRECTIONS UNIT _HARRIS COUNTY JAIL_ NAME OR COUNTY JAIL NAME), in _Harris_ County, Texas, declare under penalty of perjury that the for going is true and correct.

EXECUTED ON (DATE) _5/29/15_ (SIGNATURE) _Willie Clarke_

## ORDER

On this the _____ day of _____ 20 ___, came to be heard by me, the Defendant's NOTICE OF APPEAL and it appears to this court that this motion should be.

GRANTED: _____.

DENIED: _____. and it is

so ordered

_____
JUDGE PRESIDING

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: _Williams_

SPN: _02445628_  Cell: _5F-2B_

Street: _1200 Baker Street_

Houston, Texas 77002

To: Harris County District Clerk
1201 Franklin Street 3rd Floor
Houston, TX 77002

# INDIGENT

AC231930

HCSO



US POSTAGE ≫ PITNEY BOWES

ZIP 77002 $ 000.48⁰
02 1m
0001374179MAY. 29 2015

 

Cause No. _1457279_

THE STATE OF TEXAS

v.

_Willie Clark_____, Defendant

IN THE _178_ DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☐ is not a plea-bargain case, and the defendant has the right of appeal. [or]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- ☒ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- ☒ is a plea-bargain case, and the defendant has NO right of appeal. [or]
- ☐ the defendant has waived the right of appeal.

_____      MAY 28 2015
Judge                        Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X_____      _____
Defendant                             Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): **FILED**
Chris Daniel
District Clerk

State Bar of Texas ID number: _0497740(_
Mailing Address: _2200 Loop West STE26 Box 108 77018_
Telephone number: _7/526.0141_
Fax number (if any): _____

MAY 28 2015
Time:_____
Harris County, Texas
By_____
Deputy

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

Cause No. 1457279

STATE OF TEXAS § IN THE 178 DISTRICT COURT

v. §

§

Willie Clarke , § OF HARRIS COUNTY, TEXAS
Defendant

## ADVICE OF DEFENDANT'S RIGHT TO APPEAL

The Court, pursuant to TEX. R. APP. P. 25.2, advises the Defendant as follows:

1. Texas law gives a defendant convicted of a crime the right to appeal his conviction.

2. If you pled guilty or no contest and accepted the punishment recommended by the prosecutor, however, you cannot appeal your conviction unless this Court gives you permission. If you waived or gave up your right to appeal, you cannot appeal your conviction.

3. If you did not plead guilty, you may have the right to appeal. If you want to appeal, you must give notice of appeal in writing to this Court's clerk within 30 days.

4. If an attorney represents you in the court of appeals, your attorney must mail a copy of the court of appeals' judgment and opinion to your last known address. You must tell your attorney, in writing, of any change in your address.

5. If you are not satisfied with your appeal's result, you can ask the Court of Criminal Appeals to review your case by filing a petition for discretionary review within 30 days of the opinion's issuance in the court of appeals. If you fail to inform your attorney of any change in your address, you may lose the opportunity to seek discretionary review.

The Defendant declares the following to the Court (choose one):

1. ☑ I read and write English. I have read and I understand this document. (    WC    ) (Defendant initial here if true); or

2. ☐ I speak English. _____ (name reader) read this document to me. I understand its contents. _____ (Defendant initial here if true); or

3. ☐ I do not speak English. _____ (name translator) translated this document for me. I understand its contents. _____ (Defendant initial here if true.)

_____
Defendant's signature

Sworn to and subscribed before me on _____

_____
Harris County Deputy District Clerk

**F I L E D**
♦ MAY 28 2015   Chris Daniel
District Clerk

MAY 28 2015

Time: _____
Harris County, Texas
By _____ Deputy

_____
PRESIDING JUDGE
____ District Court
Harris County, TEXAS

CLERK

# APPEAL CARD

Court 176  7-27-15  Cause No. 1457279

## The State of Texas
Vs
Clarke, Willie

Date Notice  5-28-15
Of Appeal: 6-2-15

Presentation:                Vol._____ Pg._____

Judgment:                    Vol._____ Pg._____

Judge Presiding _Lee Duggan Jr._
Court Reporter _Waived_
Court Reporter _____
Court Reporter _____

Attorney
on Trial _Craft, Ross_

Attorney
on Appeal_____

Appointed_____ Hired_____

Offense _FRAUD/USE/POSS ID INFO_

Jury Trial:          Yes_____ No __✓__

Punishment
Assessed _6 months STJ_

Companion Cases
(If Known)_____

Amount of
Appeal Bond_____

Appellant
Confined:        Yes _✓_ No_____

Date Submitted
To Appeal Section _6-5-2015_

Deputy Clerk _____

Notice of Appeal Card Rev. 9/84